Payam Khodadadi (SBN 239906)
McGuireWoods LLP
1800 Century Park East, 8th Floor
Los Angeles, CA 90067-1501
Telephone: 310.315.8208
Facsimile: 310.315.8210
Email: pkhodadadi@mcguirewoods.com

Joseph A. Florczak (admitted *pro hac vice*)
McGuireWoods LLP
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601
Telephone: 312.849.8100
Facscimile: 312.849.3690
Email: jflorczak@mcguirewoods.com

*Counsel for Navient Solutions, LLC
and Navient Credit Finance Corporation*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br>**OSCAR D. TERAN,**<br>   Debtor. | Bankruptcy No. 10-31718 DM<br>Chapter 7 |
| **OSCAR D. TERAN, on behalf of himself and all those similarly situated,**<br>   **Plaintiffs,**<br>v.<br>**NAVIENT SOLUTIONS, LLC, NAVIENT CREDIT FINANCE CORPORATION,**<br>   **Defendants.** | Adversary Proceeding No. 20-03075<br><br>**JOINT NOTICE OF DISMISSAL OF INVOLUNTARY BANKRUPTCY CASE** |

Defendants Navient Solutions, LLC and Navient Credit Finance Corporation (collectively, "Defendants") and Plaintiff Oscar Teran (Plaintiff, and together with Defendants, the "Parties") hereby jointly provide notice to the Court as follows:

On February 8, 2021, an involuntary bankruptcy petition under Section 303 of the Bankruptcy Code (the "Involuntary Petition") was filed against Navient Solutions, LLC in the U.S. Bankruptcy Court for the Southern District of New York (the "New York Bankruptcy Court") in Case No. 21-10249 (MG) (Bankr. S.D.N.Y.) (the "Involuntary Case").

On February 18, 2021, the Court entered a docket text order stating that the automatic stay applied to these cases and continued the hearings scheduled in the case to March 26, 2021.

On February 25, 2021, the New York Bankruptcy Court entered an order dismissing the Involuntary Case against Navient Solutions, LLC.

Accordingly, the Parties hereby inform the Court that the automatic stay is no longer effective against Navient Solutions, LLC and the hearings on March 26, 2021 can proceed as scheduled.[1]

---

[1] On March 18, 2021, Ms. Heath provided consent to her signature on this Notice.

| | | |
|---|---|---|
| 1 | Dated: March 18, 2021 | FRANCIS MAILMAN SOUMILAS, P.C. |
| 2 | MCGUIREWOODS LLP | By: /s/ *Erika A. Heath* |
| 3 | By: /s/ *Payam Khodadadi* | Erika A. Heath<br>369 Pine Street, Suite 410 |
| 4 | Payam Khodadadi (SBN 239906)<br>McGuireWoods LLP | San Francisco, CA 94104<br>Tel: 628-246-1352 |
| 5 | 1800 Century Park East, 8th Floor<br>Los Angeles, CA 90067-1501 | Fax: 215-940-8000<br>eheath@consumerlawfirm.com |
| 6 | Telephone: 310.315.8208<br>Facsimile: 310.315.8210 | THE LAW OFFICE OF JAMES MICHEL |
| 7 | Email: pkhodadadi@mcguirewoods.com | James Michel<br>attyjmichel@gmail.com |
| 8 | Joseph A. Florczak (admitted *pro hac vice*)<br>McGuireWoods LLP | 2912 Diamond St #373<br>San Francisco, CA 94131-3208 |
| 9 | 77 W. Wacker Drive, Suite 4100<br>Chicago, IL 60601 | Tel: (415) 239-4949 |
| 10 | Telephone: 312.849.8100<br>Facscimile: 312.849.3690 | FRANCIS MAILMAN SOUMILAS, P.C.<br>James A. Francis |
| 11 | Email: jflorczak@mcguirewoods.com | John Soumilas<br>David A. Searles |
| 12 | *Counsel for Navient Solutions, LLC<br>and Navient Credit Finance Corporation* | 1600 Market Street, Suite 2510<br>Philadelphia, PA 19103 |
| 13 | | Tel: (215) 735-8600<br>Fax: (215) 940-8000 |
| 14 | | jfraiicis@consumerlawfirm.com |
| 15 | | jsournilas@consuinerlawfirm.com<br>dsearles@consumerlawfirm.com |
| 16 | | |
| 17 | | *Attorneys for Plaintiff and the<br>Proposed Class* |

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2021, I electronically transmitted the foregoing document entitled **JOINT NOTICE OF DISMISSAL OF INVOLUNTARY BANKRUPTCY CASE** to the Clerk's Office using the CM/ECF System for filing and service via transmittal of a Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 18, 2021, at Los Angeles, California.

By: */s/ Payam Khodadadi*
     Payam Khodadadi