Payam Khodadadi (SBN 239906)
McGuireWoods LLP
1800 Century Park East, 8th Floor
Los Angeles, CA 90067-1501
Telephone:      310.315.8208
Facsimile:      310.315.8210
Email: pkhodadadi@mcguirewoods.com

Joseph A. Florczak (admitted *pro hac vice*)
McGuireWoods LLP
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601
Telephone:      312.849.8100
Facscimile:     312.849.3690
Email:  jflorczak@mcguirewoods.com

*Counsel for Navient Solutions, LLC*
*and Navient Credit Finance Corporation*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE:  OSCAR D. TERAN, Debtor** | Bankruptcy No. 10-31718<br>Chapter 7 |
| **OSCAR D. TERAN, on behalf of himself and all those similarly situated,**<br><br>    **Plaintiffs,**<br><br>v.<br><br>**NAVIENT SOLUTIONS, LLC, NAVIENT CREDIT FINANCE CORPORATION,**<br><br>    **Defendants.** | Adversary No. 20-03075<br><br>**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:        December 3, 2021<br>Time:       9:30 a.m.<br>Location:   Telephonic Appearance<br>            Courtroom 17<br>            150 Golden Gate Avenue<br>            16th Floor<br>            San Francisco, CA 94102 |

Pursuant to Rule 56(a) of the Federal Rules of Civil Procedure, as made applicable to this proceeding by Rule 7056 of the Federal Rules of Bankruptcy Procedure, Defendants Navient Solutions, LLC and Navient Credit Finance Corporation (together, "Defendants"), through this Motion, respectfully move that this Court:

      (a)     Grant summary judgment in favor of Defendants;

      (b)     Enter a judgment that Plaintiff Oscar D. Teran's ("Plaintiff") Bar Study loan is excepted from discharge absent a showing of undue hardship;

      (c)     Dismiss the remainder of Plaintiff's complaint as moot; and

      (d)     Grant such other relief as is just and proper under the circumstances.

Respectfully submitted,

/s/ Payam Khodadadi

Dated: July 30, 2021

Payam Khodadadi (SBN 239906)
McGuireWoods LLP
1800 Century Park East, 8th Floor
Los Angeles, CA 90067-1501
Telephone:    310.315.8208
Facsimile:    310.315.8210
Email: pkhodadadi@mcguirewoods.com

Joseph A. Florczak (admitted *pro hac vice*)
McGuireWoods LLP
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601
Telephone:    312.849.8100
Facscimile:    312.849.3690
Email:  jflorczak@mcguirewoods.com

*Counsel for Navient Solutions, LLC*
*and Navient Credit Finance Corporation*

1
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

**CERTIFICATE OF SERVICE**

1

2     I hereby certify that on July 30, 2021, I electronically transmitted the foregoing document

3 entitled **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** to the Clerk's Office of the

4 United States Bankruptcy Court, Northern District of California, using the Court's CM/ECF System

5 for filing and service via transmittal of a Notice of Electronic Filing email from the Court to the

6 registered email addresses of the interested parties in this case.

7     I declare under penalty of perjury under the laws of the United States of America that the

8 foregoing is true and correct.

9     Executed on July 30, 2021 at Los Angeles, California.

10

11                                   By:   /s/ Payam Khodadadi
                                          Payam Khodadadi
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28