James A. Michel (SBN 184730)
THE LAW OFFICE OF JAMES MICHEL
2912 Diamond St. #373
San Francisco, CA 94131-3208
Tel:   (415) 239-4949
attyjmichel@gmail.com

Erika Angelos Heath (SBN 304683)
FRANCIS MAILMAN SOUMILAS, P.C.
369 Pine Street, Suite 410
San Francisco, CA  94104
Tel:   (628) 246-1352
Fax:   (215) 940-8000
eheath@consumerlawfirm.com

Attorneys for Plaintiff and the Classes



Entered on Docket
January 30, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: January 30, 2023

_____
DENNIS MONTALI
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: OSCAR D. TERAN, Debtor | Bankruptcy No. 10-31718 DM |
| OSCAR D. TERAN, on behalf of himself and all those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> NAVIENT SOLUTIONS, LLC, NAVIENT CREDIT FINANCE CORPORATION, <br><br> Defendants. | Chapter 7 <br> Adv. Proc. No. 20-03075-DM <br> ORDER DENYING STEPHANIE MAZLOOM'S MOTION TO INTERVENE AND TO DISMISS OR, IN THE ALTERNATIVE, TO STAY THIS ACTION PURSUANT TO THE FIRST-TO-FILE RULE <br><br> Date: January 25, 2023 <br> Time: 1:30 p.m <br> Loc'n: Video Conference <br> Hon. Dennis Montali |

For the reasons stated on the record, Stephanie Mazloom's Motion to Intervene and to Dismiss or, in the Alternative, to Stay this Action Pursuant to the First-to-File Rule [Doc# 75], is denied.

* * * END OF ORDER * * *

# COURT SERVICE LIST

Stephanie Mazloom
c/o Sean Phillips Rodriguez
Boies Schiller Flexner LLP
44 Montgomery Street, 41 st Floor
San Francisco, CA 94104

George F. Carpinello, Esq.
Boies Schiller Flexner LLP
30 South Pearl St. 11th Floor
Albany, NY 12207