Sean Phillips Rodriguez, State Bar No. 262437
srodriguez@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery Street, 41st Floor
San Francisco, California 94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899

*Attorneys for Stephanie Mazloom*

[Additional Attorneys on signature page]

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: OSCAR D. TERAN, Debtor | Case No. 23-cv-00836-TLT |
| OSCAR D. TERAN, on behalf of himself and all those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> NAVIENT SOLUTIONS, LLC, NAVIENT CREDIT FINANCE CORPORATION, <br><br> Defendants. | **DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL** <br><br> Honorable Trina L. Thompson |

RE: Stephanie Mazloom

Bankruptcy Case: 10-31718 DM

Adversary No.: 20-03075

BAP No.:

Appellant: Stephanie Mazloom

# DESIGNATION OF RECORD ON APPEAL

| Docket Number | Date Entered | Brief Description of the Document or Transcript |
|---|---|---|
| 1 | 8/31/2020 | Adversary case 20-03075. 14 (Recovery of money/property - other), 63 (Dischargeability - 523(a)(8), student loan), 72 (Injunctive relief - other),91 (Declaratory judgment), 02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy)) Complaint by Oscar D. Teran against Navient Solutions, LLC, Navient Credit Finance Corporation. |
| 67 | 12/16/2022 | Motion for Class Certification Filed by Plaintiff Oscar D. Teran. (Attachments: # 1 Proposed Order Certifying Class Action) |
| 68 | 12/16/2022 | Motion to File Redacted Document (Plaintiff's Memorandum and Points of Authorities in Support of His Motion for Class Certification) (Attachments: # 1 Proposed Order) Filed by Plaintiff Oscar D. Teran |
| 70 | 12/16/2022 | Memorandum of Points and Authorities in Support of Plaintiff's Motion for Class Certification (Redacted) (RE: related document(s)67 Motion Miscellaneous Relief). Filed by Plaintiff Oscar D. Teran |
| 71 | 12/16/2022 | Declaration of Erika A. Heath in Support of Plaintiff's Motion for Class Certification (RE: related document(s)67 Motion Miscellaneous Relief). Filed by Plaintiff Oscar D. Teran (Attachments: # 1 Exhibit 3 # 2 Exhibit 9 # 3 Exhibit 10) |
| 76 | 12/22/2022 | Memorandum of Points and Authorities in Support of Motion to Intervene and to Dismiss or, in the Alternative, to Stay this Action Pursuant to the First-To-File Rule (RE: related document(s)75 Motion Miscellaneous Relief, Motion to Dismiss Case, Motion to Stay). Filed by Intervenor Stephanie Mazloom |
| 78 | 12/27/2022 | Declaration of Jason W. Burge in support of (RE: related document(s)75 Motion Miscellaneous Relief, Motion to Dismiss Case, Motion to Stay). Filed by Intervenor Stephanie Mazloom (lj) |
| 80 | 12/29/2022 | Order Regarding Hearing Dates for Motion to Intervene and Motion for Class Certification (RE: related document(s)75 Motion Miscellaneous Relief filed by Intervenor Stephanie Mazloom, Motion to Dismiss Case, Motion to Stay) |
| 88 | 1/11/2023 | Brief/Memorandum in Opposition to Stephanie Mazloom's Motion to Intervene and to Dismiss Or, in the Alternative, to Stay this Action Pursuant to the First-to-File Rule (RE: related document(s)75 Motion Miscellaneous Relief, Motion to Dismiss Case, Motion to Stay). Filed by Plaintiff Oscar D. Teran |
| 89 | 1/11/2023 | Declaration of Erika A. Heath in Opposition of Stephanie Mazloom's Motion to Intervene and to Dismiss Or, in the Alternative, to Stay this Action Pursuant to the First-to-File Rule (RE: related document(s)75 Motion Miscellaneous Relief, Motion to Dismiss Case, Motion to Stay, 88 Opposition Brief/Memorandum). Filed by Plaintiff Oscar D. Teran (Attachments: # 1 Exhibit 1) |
| 90 | 1/11/2023 | Declaration of James A. Francis in Opposition of Stephanie Mazloom's Motion to Intervene and to Dismiss Or, in the Alternative, to Stay this Action Pursuant to the First-to-File Rule (RE: related document(s)75 Motion Miscellaneous Relief, Motion |

| Docket Number | Date Entered | Brief Description of the Document or Transcript |
|---|---|---|
| | | to Dismiss Case, Motion to Stay, 88 Opposition Brief/Memorandum). Filed by Plaintiff Oscar D. Teran (Attachments: # 1 Exhibit 2 # 2 Exhibit 3) |
| 93 | 1/18/2023 | Memorandum of Law in Reply to Plaintiff's Opposition to Stephanie Mazloom's Motion to Intervene and Stay or Dismiss this Action (RE: related document(s)75 Motion Miscellaneous Relief, Motion to Dismiss Case, Motion to Stay, 88 Opposition Brief/Memorandum). Filed by Intervenor Stephanie Mazloom |
| 94 | 1/18/2023 | George F. Carpinello Declaration in Support of Intervenor's Memorandum of Law in Reply to Plaintiff's Opposition to Stephanie Mazloom's Motionto Intervene and Stay or Dismiss this Action (RE: related document(s)75 Motion Miscellaneous Relief, Motion to Dismiss Case, Motion to Stay, 88 Opposition Brief/Memorandum, 93 Reply). Filed by Intervenor Stephanie Mazloom |
| 101 | 2/03/2023 | Brief/Memorandum in Opposition to Plaintiff Oscar D. Teran's Motion for Class Certification (RE: related document(s)67 Motion Miscellaneous Relief, 70 Memo of Points & Authorities). Filed by Defendants Navient Credit Finance Corporation, Navient Solutions, LLC |
| 102 | 2/03/2023 | Declaration of Stephanie Box in Support of Defendants' Opposition to Plaintiff Oscar D. Teran's Motion for Class Certification (RE: related document(s)101 Opposition Brief/Memorandum). Filed by Defendants Navient Credit Finance Corporation, Navient Solutions, LLC (Attachments: # 1 Exhibit A # 2 Exhibit B-1 # 3 Exhibit B-2 # 4 Exhibit B-3 # 5 Exhibit B-4 # 6 Exhibit B-5 # 7 Exhibit B-6 # 8 Exhibit B-7 # 9 Exhibit B-8 # 10 Exhibit C-1 # 11 Exhibit C-2 # 12 Exhibit C-3 # 13 Exhibit C-4 # 14 Exhibit C-5 # 15 Exhibit C-6 # 16 Exhibit C-7 # 17 Exhibit C-8 # 18 Exhibit C-9 # 19 Exhibit C-10 # 20 Exhibit C-11 # 21 Exhibit C-12) |
| 103 | 2/03/2023 | Declaration of Joseph Florczak in Support of Defendants' Opposition to Plaintiff Oscar D. Teran's Motion for Class Certification (RE: related document(s)101 Opposition Brief/Memorandum). Filed by Defendants Navient Credit Finance Corporation, Navient Solutions, LLC (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E-1 # 6 Exhibit E-2 # 7 Exhibit E-3 # 8 Exhibit E-4 # 9 Exhibit E-5 # 10 Exhibit E-6 # 11 Exhibit F # 12 Exhibit G) |
| 105 | 2/9/2023 | Brief/Memorandum in Opposition to Motion for Class Certification (RE: related document(s)67 Motion Miscellaneous Relief). Filed by Intervenor Stephanie Mazloom, Intervenor Robert A. Crandall and Intervenor, Molly S. Crandall (Rodriguez, Sean) |
| 117 | 2/20/2023 | Reply in Support of Plaintiff's Motion for Class Certification (RE: related document(s)67 Motion Miscellaneous Relief, 101 Opposition Brief/Memorandum, 105 Opposition Brief/Memorandum). Filed by Plaintiff Oscar D. Teran |
| 118 | 2/22/2023 | Notice Regarding Errata (RE: related document(s)105 Opposition Brief/Memorandum filed by Intervenor Stephanie Mazloom, Intervenor Robert A. Crandall, Intervenor Molly S. Crandall). Filed by Intervenor Stephanie Mazloom. (Attachments: #1 Exhibit A- Declaration of Crandall)z |

## STATEMENT OF ISSUES

Whether the Bankruptcy Court erred in denying Stephanie Mazloom's Motion to Intervene and her Motion to Stay or Dismiss this proceeding.

Respectfully submitted,

Dated: March 10, 2023

**BOIES SCHILLER FLEXNER LLP**

By: */s/ Sean Rodriguez*
Sean Rodriguez
44 Montgomery Street, 41st Floor
San Francisco, CA 94104

George F. Carpinello
(admitted *pro hac vice*)
Adam R. Shaw
Jenna C. Smith
30 South Pearl Street, 11th Floor
Albany, NY 12207
(518) 434-0600

**JONES SWANSON HUDDELL LLC**
Lynn E. Swanson
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130

**FISHMAN HAYGOOD LLP**
Jason W. Burge
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170

# CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 44 Montgomery Street, 41st Floor, San Francisco, California 94104.

On the date listed below, I served a copy of the within document(s):

1. **Designation of Record and Statement of Issues on Appeal**

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Jose, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed FEDERAL EXPRESS envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a FEDERAL EXPRESS & OVERNIGHT DELIVERY agent for delivery.

☐ by causing the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below.

☒ by electronically filing the document(s) listed above with the Clerk of the Court using the e-filing system which will then send a notification and a copy of such filing to the person(s) at the e-mail address(es) set forth below

☐ by electronically mailing a true and correct copy through BOIES SCHILLER FLEXNER LLP's electronic mail system to the email address(es) set forth below, or as stated on the attached service list per agreement in accordance with Code of Civil Procedure section 1010.6(a)(6).

## SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 10, 2023, at San Francisco, California.

_____
Andrea Elaine Ayala

# SERVICE LIST

| | | |
|---|---|---|
| Oscar Teran | represented by | David A. Searles<br>FRANCIS MAILMAN SOUMILAS, P.C.<br>1600 Market Street<br>Suite 2510<br>Philadelphia, PA 19103<br>215-735-8600<br>Fax: 215-940-8000<br>Email: dsearles@consumerlawfirm.com |
| | | Erika Angelos Heath<br>Francis Mailman Soumilas, P.C.<br>369 Pine Street, Suite 410<br>San Francisco, CA 94104<br>(628) 246-1352<br>Fax: (215) 940-8000<br>Email: eheath@consumerlawfirm.com |
| | | James A. Francis<br>FRANCIS MAILMAN SOUMILAS, P.C.<br>1600 Market Street<br>Suite 2510<br>Philadelphia, PA 19103<br>215-735-8600<br>Fax: 215-940-8000<br>Email: jfrancis@consumerlawfirm.com |
| | | James Anthony Michel<br>Attorney at Law<br>2912 Diamond Street, Suite 373<br>San Francisco, CA 94131<br>415-239-4949<br>Fax: 415-239-0156<br>Email: attyjmichel@gmail.com |
| | | John Soumilas<br>FRANCIS MAILMAN SOUMILAS, P.C.<br>1600 Market Street<br>Suite 2510<br>Philadelphia, PA 19103<br>215-735-8600<br>Fax: 215-940-8000<br>Email: jsoumilas@consumerlawfirm.com |

| | | | |
|---|---|---|---|
| Navient Solutions, LLC | represented by | | Joseph A. Florczak<br>McGuireWoods LLP<br>77 Wacker Dr. #4100<br>Chicago, IL 60601<br>(312) 8498100<br>Email: jflorczak@mcguirewoods.com |
| | | | K. Elizabeth Sieg<br>McGuireWoods LLP<br>Gateway Plaza<br>800 East Canal St<br>Richmond, VA 232193916<br>8047751137<br>Email: bsieg@mcguirewoods.com |
| | | | Payam Khodadadi<br>McGuire Woods LLP<br>1800 Century Park East, 8th Fl<br>Los Angeles, CA 90067<br>(310) 3158200<br>Email: pkhodadadi@mcguirewoods.com |
| Navient Credit Finance Corporation | represented by | | Joseph A. Florczak<br>(See above for address) |
| | | | K. Elizabeth Sieg<br>(See above for address) |
| | | | Payam Khodadadi<br>(See above for address) |