Sean Phillips Rodriguez, State Bar No. 262437
srodriguez@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery Street, 41st Floor
San Francisco, California 94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899

*Attorneys for Stephanie Mazloom*

[Additional Attorneys on signature page]

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: OSCAR D. TERAN, Debtor | Bankruptcy No. 10-31718 DM<br>Chapter 7 |
| OSCAR D. TERAN, on behalf of himself and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NAVIENT SOLUTIONS, LLC, NAVIENT CREDIT FINANCE CORPORATION,<br><br>Defendants. | Adversary No. 20-03075<br><br>**RESPONSE OF STEPHANIE MAZLOOM AND ROBERT AND MOLLY CRANDALL TO PLAINTIFF'S STATEMENT OF RECENT DEVELOPMENT IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION (ECF NO. 122)**<br><br>Hon. Dennis Montali |

Adversary No. 20-03075

RESPONSE OF STEPHANIE MAZLOOM AND ROBERT AND MOLLY CRANDALL TO PLAINTIFF'S STATEMENT OF RECENT DEVELOPMENT IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION (ECF NO. 122)

On March 14, 2023, Plaintiff filed a notice with the Court, noting the recent decision of the Bankruptcy Court for the District of Nebraska in *Woodard v. Navient Solutions, LLC*, Adv. No. 21-8023-TLS (Mar. 8, 2023), in which the bankruptcy court certified a class of individuals with private loans to Navient, covering the Eighth Circuit. Plaintiff suggests that the relief that was provided in *Woodard* is "similar to the class of consumers at issue in Mr. Teran's motion for class certification." Dkt. No. 122 at 2. However, there is a substantial difference between the two classes. In *Woodard*, brought by the undersigned counsel, the requested relief includes both monetary and injunctive relief for the entire class, without any of the claim splitting that is at issue here. In this case, unlike *Woodard*, Plaintiff seeks a national injunctive class with no monetary relief.

The undersigned also wishes to advise the Court that, in a hearing held on February 28, 2023, in *Mazloom v. Navient Solutions, LLC*, Adv. Pro. No. 20-80033 (Bankr. N.D.N.Y.), the bankruptcy court granted the motion of Robert and Molly Crandall to intervene as plaintiffs and class representatives, and the undersigned anticipates that a motion seeking certification of a national monetary and injunctive class will be filed soon after the order on intervention is entered.

Respectfully submitted,

Dated: March 16, 2023

**BOIES SCHILLER FLEXNER LLP**

By: */s/ Sean P. Rodriguez*
Sean Rodriguez
44 Montgomery Street, 41st Floor
San Francisco, CA 94104

George F. Carpinello
(admitted *pro hac vice*)
Adam R. Shaw
Jenna C. Smith
30 South Pearl Street, 11th Floor
Albany, NY 12207
(518) 434-0600

**JONES SWANSON HUDDELL LLC**
Lynn E. Swanson
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130

**FISHMAN HAYGOOD LLP**
Jason W. Burge
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170