Case 3:23-cv-02821-TLT Document 4 Filed 03/21/24 Page 1 of 2

**Entered on Docket
March 25, 2024
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVIENT SOLUTIONS, LLC,<br><br>   Plaintiff,<br><br> v.<br><br>TERAN,<br><br>   Defendant. | Case No. 23-cv-02821-TLT<br><br>**ADMINISTRATIVE ORDER CLOSING CASE**<br><br>Re: Dkt. Nos. 1, 2 |

  Upon notice of Appeal from Bankruptcy Court and/or GOOD CAUSE APPEARING THEREFOR:

  There appears to be no further reason at this time to maintain the file as an open one for statistical purposes. Accordingly, the Clerk is instructed to submit a JS-6 form to the Administrative Office.

  Nothing contained in this minute entry shall be considered a dismissal or disposition of this action and should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this order had not been entered.

  Navient Solutions, LLC, and Navient Credit Finance Corporation (Appellants) have failed to comply with the Initial Case Management Scheduling order and have not perfected the appeal in accordance with Bankruptcy Local Rule 8009-1(b). Appellants have not filed a certification that transcript(s) will not be ordered. (ECF 2, 3).

  The case is stayed in its entirety and administratively closed, pending compliance with the scheduling order and perfecting the appeal.

//

//

//

1   The parties are directed to file a joint request if and when further action by the Court is
2   needed. Failure to comply with this order may result in dismissal.
3   **IT IS SO ORDERED.**
4   Dated: March 21, 2024

_____
TRINA L. THOMPSON
United States District Judge