

Office of the Clerk
United States Bankruptcy Court, Northern District of California

Edward J. Emmons, Clerk of Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102
Phone: (415) 268-2300

5/1/2024

Mark B. Busby, Clerk of Court
United States District Court
Phillip Burton Federal Building &
United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

District Court Appeal Number:
23-cv-02821

**Re: Transmission of Document(s) on Appeal:**

In Re: Teran v. Navient Solutions, LLC et al / AP Case Number: 20-03075 DM / Judge Dennis Montali / BK Case Name: Oscar D. Teran / BK Case Number: 10-31718 DM

Dear Clerk:

We are transferring the following document(s) to your Court for the above referenced appeal:

Order Granting the Parties' Stipulation of Voluntary Dismissal With Prejudice (Document #164)

If you have any questions, please contact me at (888) 821-7606.

Edward Emmons, Clerk
United States Bankruptcy Court

By: */s/ Nash Singh*

Nash Singh, Deputy Clerk